**UNITED STATES of America,
Plaintiff—Appellee,**

v.

**Dirk LADSON, Defendant—Appellant.**

No. 08–7220.

United States Court of Appeals,
Fourth Circuit.

Submitted: Nov. 13, 2008.

Decided: Nov. 20, 2008.

Dirk Ladson, Appellant Pro Se. Fernando Groene, Office of the United States Attorney, Newport News, Virginia, for Appellee.

Before WILKINSON, NIEMEYER, and SHEDD, Circuit Judges.

Affirmed by unpublished PER CURIAM opinion.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Dirk Ladson appeals the district court's order denying his motion to modify his sentence pursuant to 18 U.S.C. § 3582(c)(2) (2006). We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. *See United States v. Ladson*, No. 2:93–cr–00162–RAJ–10 (E.D. Va. filed June 11, 2008; entered June 16, 2008). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

*AFFIRMED.*